UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA C. ALFARO-BRITTANY,<br><br>        Plaintiff,<br><br>    v.<br><br>USA LEGAL, INC., et al.,<br><br>        Defendants. | No.  2:16-cv-0868 JAM GGH PS<br><br><br>ORDER |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See U.S.C. §§ 1914(a), 1915(a).  The Court will take judicial notice, however, of an earlier application filed in this court styled Alfaro Brittany v. United States Postal Service, 2:16-cv-00866 MCE CKD, in which she states that she has a bracket range of income over the last 12 months of $1,500.00, has $45,000 in a checking account at the Bank of America, and owns a half interest in four properties.  ECF 5. As a result of these statements the Court that reviewed that prior application required that plaintiff pay the filing fee as a condition to proceeding with her Complaint.  ECF 6.[1]  Recognizing that this representation by plaintiff was made on May 16, 2016, the Court does not doubt that the same representation would have been made here had plaintiff followed the directions on her *in forma pauperis* Application relating to this filing.

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b).

For the foregoing reason, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied.

2. Within 28 days of this order, plaintiff shall pay the applicable filing fee of $400.00. Plaintiff's failure to pay the filing fee within that 28 day period will result in a recommendation that plaintiff's complaint be dismissed.

DATED: May 23, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:amm:Alfaro-Brittany 0868.IFP