UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHALLA C. ALFARO BRITTANY, | No. 2:16-cv-0868 JAM GGH |
|---|---|
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION |
| USA LEGAL, INC., et al., | |
| Defendants. | |

PROCEDURAL BACKGROUND

On May 23, 2016, this court issued an Order denying plaintiff's application to proceed without prepayment of fees under 28 U.S.C. §§ 1914(a), 1915(a), and directing plaintiff to pay the applicable filing fee of $400.00 within 28 days from the date of the order. ECF No. 3. In that order plaintiff was warned that failure to comply would result in a recommendation that plaintiff's complaint be dismissed. Id. Plaintiff has not complied as no filing fee has been paid.

CONCLUSION

No action having been taken in response to the court's order, this court finds and recommends that this matter be dismissed with prejudice for failure to establish that she is entitled to file *in forma pauperis*.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. 636(b)(1). Within thirty (30) days

1

after service of this Order plaintiff may file written objections. Such a document should be captioned Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive her right to appeal the District Court's Order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 10, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE